U. S. LEASING AND HOLDING COMPANY, Respondent, v. NEW YORK CENTRAL AND HUDSON RIVER RAILROAD COMPANY, Appellant.

Appeal by defendant from a judgment of the Supreme Court, entered in the office of the clerk of the county of New York on January 3, 1913, awarding the plaintiff damages for nuisance.

PER CURIAM: The plaintiff neither alleged nor proved that the railroad was operated negligently or unreasonably. There is no finding of negligent or unreasonable use. The case is almost identical with *Friedman* v. *N. Y. & Harlem R. R. Co.* (89 App. Div. 38; affd., 180 N. Y. 550). (See, also, *McCarty* v. *Natural Carbonic Gas Co.*, 189 N. Y. 40.) The judgment should be reversed and complaint dismissed, with costs. Present — Ingraham, P. J., Laughlin, Scott, Dowling and Hotchkiss, JJ. Judgment reversed, with costs, and complaint dismissed, with costs. Order to be settled on notice.